# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:13-CR-00021** |
| | ) | **Chief Judge Haynes** |
| **MILLARD MAYHEW BROWN** | ) | |

*[handwritten annotation in right margin: "Or to SM / This motion is unopposed and is GRANTED affecting the date of this Order. [signature] 10-25-13"]*

## MOTION OF DEFENDANT MILLARD MAYHEW BROWN
## FOR EARLY TERMINATION OF PROBATION

COMES NOW the Defendant, **Millard Mayhew Brown,** by and through his undersigned counsel, and pursuant to 18 U.S.C.§ 3583(e)(1) & Fed R.Crim.P. 32.1(c), hereby respectfully requests that the Court enter an order terminating the Defendant's probation and discharging the Defendant from any further supervision. In support hereof, Defendant states as follows:

1.      On June 21, 2012, Defendant Brown was sentenced in the District of Arizona to a term of probation for three (3) years. (District of Arizona Case No. 2:12-cr-00489-DGC-1, Docket Entry 21).

2.      On February 7, 2013, Defendant Brown's probation jurisdiction was transferred to the Middle District of Tennessee. (District of Arizona Docket Entry 23; Middle District of Tennessee Docket Entry 1).

3.      Defendant Brown began his term of probation on June 21, 2012. He has been on probation supervision for the past sixteen (16) months without incident. Mr. Brown has been compliant with his supervision in all respects and requires only minimal supervision.

4.      Title 18, United States Code, Section 3564(c), contemplates early termination of probation in appropriate cases.

   **(c) Early termination. -** The court, after considering the factors set